IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 11-cv-01469-WJM -CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 30, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*            *Counsel:*

JULIE FREDERICK,        Nicholas Prola

     Plaintiff,

v.

BUDGET CONTROL SERVICES, INC.,        Aaron Conrardy

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session: 8:31 a.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding Plaintiff's Unopposed Motion to Stay Proceedings Pending Plaintiff's Bankruptcy.

**ORDERED:** Plaintiff's Unopposed Motion to Stay Proceedings Pending Plaintiff's Bankruptcy [Doc. No. 10] is GRANTED. Plaintiff's counsel shall submit a status report to the Court 30 days from today's date.

Hearing Concluded.

**Court in recess: 8:34 a.m.**
Total time in court: 00:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.