# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 11-cv-01469-WJM-CBS

JULIE FREDERICK,

    Plaintiff,

v.

BUDGET CONTROL SERVICES, INC.,

    Defendant.

---

## ORDER ADMINISTRATIVELY CLOSING CASE DUE TO
## PLAINTIFF'S ONGOING BANKRUPTCY

---

On June 6, 2011, Plaintiff Julie Frederick initiated this action against Defendant Budget Control Services alleging violations of the Fair Debt Collection Practices Act. (ECF No. 1.) Before the Rule 26(f) Scheduling Conference could be held, Plaintiff filed an Unopposed Motion to Stay Proceedings because she had filed a petition for Chapter 7 bankruptcy on September 8, 2011. (ECF No. 10.) United States Magistrate Judge Craig B. Shaffer granted Plaintiff's request and this action has been stayed since September 30, 2011. (ECF No. 13.)

By order of Magistrate Judge Shaffer, Plaintiff has been filing periodic status reports regarding her bankruptcy proceedings. Based on these filings, it appears Plaintiff's bankruptcy proceedings are ongoing and that there is an issue with regard to whether and who will pursue this litigation. (ECF No. 27.) To avoid the burden on Plaintiff's counsel of filing periodic status reports, and the burden on the Court in

monitoring this dormant action, the Court finds that administrative closure would be a more appropriate use of resources.  Accordingly, the Court ORDERS that the above-captioned action is ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2.  The parties are GRANTED leave to move to reopen the case upon a showing of good cause once Plaintiff's bankruptcy is complete and all related issues have been resolved.

Dated this 19th day of April, 2012.

BY THE COURT:

William J. Martínez
United States District Judge